IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALVIE F. LANE                                                                                    PLAINTIFF

v.                                       CIVIL NO. 3:18-cv-3106-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                                                     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Alvie F. Lane, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner").  (ECF No. 1).  On February 12, 2019, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that his case be dismissed without prejudice.  (ECF No. 13).  Accordingly, Plaintiff's Motion to Dismiss is hereby GRANTED.  A Judgment of dismissal without prejudice will be entered separately.

DATED this 13th day of February 2019.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE